NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED FACILITIES SERVICES CORPORATION,
dba Eastco Building Services,**
*Appellant*

**v.**

**ADMINISTRATOR OF THE GENERAL SERVICES
ADMINISTRATION,**
*Appellee*

---

2022-1911

---

Appeal from the Civilian Board of Contract Appeals in No. 5272, Administrative Judge Harold D. Lester, Jr., Administrative Judge Patricia J. Sheridan, and Administrative Judge Jonathan D. Zischkau,

---

**ON MOTION**

---

**O R D E R**

Upon consideration of United Facilities Services Corporation's motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and its response to the court's September 27, 2022, order,

2          UNITED FACILITIES SERVICES CORPORATION v. GSA

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

October 5, 2022                    /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court


ISSUED AS A MANDATE:  October 5, 2022